

**ORDERED in the Southern District of Florida on August 28, 2017.**

*John K. Olson, Judge*
*United States Bankruptcy Court*

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flmb.uscourts.gov

In re:                                                                  Chapter 11

Travel Retail Distribution Group, Inc.,                                 Case No.  17-20029-JKO

    Debtor.
_____/

### ORDER GRANTING FIRST TENNESSEE'S
### EMERGENCY MOTION TO DISMISS OR ABSTAIN [ECF. NO. 4]

This Chapter 11 case was filed August 7, 2014, and came on before the Court on August 14, 2017 at 1:30 p.m., for consideration of an Emergency Motion to Dismiss or Abstain by First Tennessee Bank National Association [ECF No. 4] and this Court's Order to Show Cause [ECF No. 5]. Also before the Court is Debtor's Expedited Motion to Use Cash Collateral [ECF No. 14] with the related Response [ECF No. 16 ]. For the reasons stated orally and recorded in open court, it is,

    **ORDERED:**

1. The Motion to Dismiss or Abstain [ECF No. 4] is **GRANTED**.

2. This Court **ABSTAINS** from this case pursuant to 11 U.S.C. §§ 305(a) and 1112(b).

3. This case is **DISMISSED** with prejudice to the filing of a case by the Debtor under any chapter of the Bankruptcy Code in any judicial district in the United States for a period of 180 days from the date of this Order.

4. All pending motions and applications are **DENIED** as moot and all proceedings related to this bankruptcy matter are hereby dismissed.

### ###

**Submitted by:**

Margaret E. Kepler Esquire
Florida Bar No.: 59118
ADAMS AND REESE LLP
350 East Las Olas, #1110
Fort Lauderdale, Florida 33301
Telephone: 954.541.5390
Facsimile: 954.440.2110
Email: Margaret.Kepler@arlaw.com

**Copies furnished to:**

Margaret E. Kepler, Margaret.Kepler@arlaw.com
Clarence A. Wilbon, Clarence.wilbon@arlaw.com
David W. Langley, dave@flalawyer.com
Kristopher Aungst, Trkea@trippscott.com
Office of the US Trustee, USTPRegion21.MM.ECF@usdoj.gov

Service Instructions: Attorney, Margaret E. Kepler, Esq, is directed to serve a copy of this order on interested parties who are non-CM/ECF users and to file a proof of service within two days of entry of the order.